(135 So. 421)

### Fred CHRISTOPHER v. STATE.
### 8 Div. 318.

Supreme Court of Alabama.

June 11, 1931.

Rehearing Denied June 27, 1931.

See, also, Ex parte Christopher, ante, p. 19, 135 So. 420.

R. B. Patton, of Athens, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, J.

Petition of Fred Christopher for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Christopher v. State, 135 So. 419.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.